AO 256 (Rev. 2/86)

CRIMINAL DOCKET · U.S. District Court

PO ☐ 0864 | 3 | Assigned 6414 | Disp./Sentence
Misd. ☐
Felony ☒ District | Off | Judge/Magistr.

☐ WRIT ☐ JUVENILE ☒ ALIAS OFFENSE ON INDEX CARD

U.S. VS. (LAST, FIRST, MIDDLE)

**BOEHMER, MONIKA BIRGIT URSULA**
a/k/a Monique Boehmer
a/k/a Monika Birgit Fritz

Case Filed Mo. 05 Day 09 Yr. 90 | Docket No. 00056 | Def. 1

No. of Def's 1 | U.S. MAG CASE NO FEB90-550

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 42:408(g)(2) | False Social Security Number - Ct 1 | 1 |

DISM. NG | GUILTY NOLO

**CLOSED**

**NEW SENTENCING GUIDELINES 11-1-87**

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE: KEY DATE 4/6/90 — EARLIEST OF ☒ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL): KEY DATE 05/09/90 — APPLICABLE ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE 5-11-90 — a) ☑ 1st appears on pending charge /R40 b) ☐ Receive file R20/21 c) ☐ Supsdg: ☐ Ind ☐ Inf d) ☐ Order New trial e) ☐ Remand f) ☐ G/P Withdrawn

END INTERVAL TWO: KEY DATE 6-26-90 — APPLICABLE ☐ Dismissal ☒ Pled guilty ☐ Nolo ☒ After N.G. ☐ After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|
| | 5-11-90 | | | | 6-26-90 | 9/12/90 | | on S.T. grounds ☐ W.P. ☐ WOP ☐ on def motion ☐ on gov't motion |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | 4/6/90 | FEB |
| COMPLAINT | | 4/6/90 | FEB |

| | DATE | INITIAL/NO. |
|---|---|---|
| INITIAL APPEARANCE DATE | 4/6/90 | FEB |
| PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled | 4/6/90 | FEB |
| Date Held | | |

☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT

Tape Number 363

OUTCOME: ☐ DISMISSED ☒ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest 4/6/90 | OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:

Assigned to Judge Magnuson per CR L#118

RULE 20 | 21 | 40 | In | Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U. S. Attorney or Asst.

Jeanne J. Graham (167368)

Diane Levendusky P.O.

Defense: 1 ☒ CJA 2 ☐ Ret. 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other 6 ☐ PD 7 ☐ CD

Neil B. Dieterich (22779)
734 Minnesota Bldg
Fourth & Cedar
St. Paul, MN 55101
(612) 291-0713

BAIL • RELEASE

PRE INDICTMENT
Release Date
☐ Bail Denied ☐ Fugitive ☒ Pers. Rec. ☐ PSA
AMOUNT SET $ 10,000
Date Set 4/6/90
☐ Bail Not Made
Date Bond Made 4/6/90
Conditions ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST INDICTMENT
Release Date
☐ Bail Denied ☐ Fugitive ☐ Pers. Rec. ☐ PSA
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
Conditions ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

FINE AND RESTITUTION PAYMENTS

☐ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| 9/12/90 | 86724 $50 | assmt paid / restitution still outstanding | | | |

APPEALS FEE PAYMENTS

DATE 3 | Yr. 90 | Docket No. 00056 | Def. 01 | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE 2 OF

DOCUMENT NO

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

## VI EXCLUDABLE DELAY

Monika Birgit Ursula Boehmer (Magnuson)

| DATE | DOCUMENT NO | PROCEEDINGS | Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| 04/06/90 | A | COMPLAINT w/attached affidavit of Roger B Manthe | Start | PO | SIRS |
| | B | MINUTES (FEB) Initial Appear: Read charges & advised of rights. Bond set @ $10,000 RPR. PD appt'd. Prelim hrg 4/9/90 @ 3:30 p.m. | Start | P1 | SIRS |
| | C | ORDER SETTING CONDITIONS OF RELEASE (FEB) $10,000 RPR 4/6/90 | | | |
| | D | APPEARANCE BOND exec @ $10,000 RPR on 4/6/90 | Start | LR | SIRS |
| 04/09/90 | E | MINUTES (FEB) Prelim hrg: B.O.D.C. Bond cont'd. | | | |
| 04/10/90 | F | CJA-20, appt of Neil Dieterich | | | |
| 05/09/90 | 1 | INDICTMENT (EJD/Marti Saphir) Cont'd from FEB 90-550. Date of offense 10/27/89. 1 pg | STOP | P1 | SIRS |
| 05/11/90 | 2 | MINUTES (FEB/tape 370) ARRAIGN: Plea of not guilty entered. Motions due 5/21/90; heard 5/23/90 @ 9 a.m. Bond cont'd. | Start | P2 | sirs |
| 05/15/90 | 3 | ARRAIGN ORDER (FEB 5/11/90) same as docket 2 above. (cc:attys) | | | |
| | | **PRETRIAL MOTIONS:** | | | |
| 05/18/90 | 4 | Dismiss indictment | 05/18/90 / 6-8-90 | E | sirs |
| | 5 | Supplemental Voir Dire of Counsel | | | |
| | 6 | Suppress all evidence in the nature of statements, admissins & confessions | | | |
| | 7 | Early discovery of 404B evidence | | | |
| | 8 | Suppress evidence seized by search & seizure | | | |
| 05/21/90 | 9 | Deft's motion for discovery | | E | |
| 05/23/90 | 10 | MINUTES (FEB/Edith Kitto) Motion hrg: motions under advisement. R & R and Order to follow. | | | |
| 06/05/90 | 11 | ORDER (FEB 6/4/90) **GRANTING:** discovery. **DENYING:** motion for supplemental voir dire of counsel; early disclosure of Rule 404 (B) evidence. (cc:attys) 3 pgs R & R to follow. | | | |
| 06/06/90 | 12 | TRANSCRIPT of motion hrg b/4 FEB on 05/23/90. SEPARATE | | | |

cont'd to page 3

CONTINUED TO PAGE

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

- A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1) (A)]
- B NARA exam (18 USC 2902) [(1) (B)]
- C State/Fed.l proceedings on other charges [(1) (D)]
- D Interlocutory appeal [(1)(E)]
- E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
- F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]
- G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
- H Misc. proceedings arraignment, parole/probation, revocation, Deportation, extradition [(1)]
- 5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
- 6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
- 7 Consideration by Court of proposed plea agreement [(1)(I)]
- I Prosecution deferred by mutual agreement [(2)]
- M Unavailability of defendant or essential witness [(3)(A,B)]
- N Period of mental/physical incompetence of def. to stand trial [(4)]
- O Period of NARA commitment/treatment [(5)]
- P Superseding indictment and/or new charges [(6)]
- R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
- T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
- T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
- T2 Case unusual or complex [(8)(B,ii)]
- T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]
- T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
- U Time up to withdrawal guilty plea, 3161(i)
- W Grand Jury indictment time extended 30 more days, 3161 (b)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

U. S. vs Monika Birgit Ursula Boehmer (Magnuson) 3

90 Yr | 00056 Docket No | 01 Def.

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 06/08/90 | 13) Warrant ret'd exec 04/06/90 | | | LC | sirs |
| | 14) REPORT & RECOMMENDATION (FEB 06/07/90)that deft's motion to dimiss indictmint; suppress evidence seized pursuant to search warrants; suppress statements; suppress evidence seized from her person after her arrest be DENIED. (cc:attys) 17 pgs | | 06/09/90<br>06/26/90<br>7-8-90 300 | G<br>sirs | sirs |
| 06/21/90 | 15) Deft's objections to Report & Recommendation | | | | |
| 06/22/90 | 16) ORDER (PAM 6/21/90) that deft's motion to dismiss the indictment is DENIED. (cc:attys & FEB) 1 pg | | | | |
| 06/26/90 | 17) MINUTES (PAM/Jeanne Anderson) COP Guilty plea entered to ct 1. Referred for PSI. Bond cont'd. Deft is informed of $50.00 assmt. Plea agreement filed. | | | | |
| | 18) Plea Agreement & Stipulations - 5 pgs | | Start | P4 | sirs |
| 08/10/90 | 19) Deft's motion for relief under 8:1251(b) | | | | |
| 08/13/90 | 20) Position of deft w/respect to sentencing | | | | |
| 09/04/90 | 21) Deft's notice of motion returnable b/4 PAM on 9/11/90 @ 9 a.m.<br>Note: No motion attached | | | | |
| 09/10/90 | 22) Deft's notice of motion returnable b/4 PAM on 9/12/90 @ 9 a.m.<br>Note: No motion attached | | | | |
| 09/11/90 | 23) Deft's sentencing memorandum | | | | |
| 09/12/90 | 24) MINUTES (PAM/BRT) SENTENCING: Imposition of sentence suspended, deft placed on prob for 2 yrs. Pay restitution in the amt of $3,643 to Dayton's. Spec assmt of $50. Deft's motion regarding deportation is granted.<br>Special assmt paid 9/12/90, receipt 86724 | | | | |
| 09/13/90 | 25) ORDER (PAM 9/12/90) that deft not be deported on account of her conviction in this matter. (cc:attys, USM & Prob) 1 pg | | | | |
| 09/17/90 | 26) Statement of Reasons for Imposing Sentence - copies dist'd 2 pgs | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

Monika Birgit Ursula Boehmer (Magnuson) CR 3-90-56

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 09/18/90 | 27) Deft's motion for correction of sentence | | | | |
| 09/25/90 | 28) ORDER (PAM) denying deft's motion for correction of sentence. Re: Restitution (cc:attys) 1 pg | | | | |
| | Ordered to pay restitution to Dayton's in the amt of $3,643.00 | | | | |
| 10/10/90 | --) Rec'd paymt of $100, receipt 86949, balance $3,543.00 voucher ~~55~~ 6436, check 75127 | | | | |
| 10/16/90 | 29) JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT - sentenced 09/12/90; signed 09/17/90. (copies dist'd) 4 pgs | | | | |
| 11/05/90 | --) Rec'd paymt of $100, receipt 87130, balance $3,443.00 voucher 6752, check 75929 | | | | |
| 12/10/90 | --)Rec'd paymt of $100, receipt 87468 balance $ 3,343.00 voucher 6992, check 76643 | | | | |
| 01/02/91 | --) Rec'd paymt of $100, receipt 87594, balance $3,243.00 voucher 7302, check 77532 | | | | |
| 02/04/91 | --)Rec'd paymt $100.00 receipt # 87875 balance $3,143.00 voucher 7621, check 78654 | | | | |
| 03/08/91 | --) Rec'd paymt of $100, receipt 88175, balance $3,043.00 voucher 7919, check 79471 | | | | |
| 04/09/91 | --) Rec'd paymt of $100, receipt 88479, balance #2,943.00 voucher 8144, check 80031 | | | | |
| 05/17/91 | --)Rec'd paymt $100, receipt # 88810, balance $2843.00 voucher 8401, check 80927. | | | | |
| 08/07/91 | --) Rec'd paymt of $300, receipt 97464, balance $2,543.00 voucher 9508, check 83873 | | | | |
| 08/08/91 | --) Rec'd paymt of $100, receipt 97468, balance $2,443.00 voucher 9508, check 83873 | | | | |
| 09/06/91 | --) Rec'd paymt of $200, receipt 97719, balance $2,243.00 voucher 9916, check 85077 | | | | |
| 10/02/91 | --) Rec'd paymt of $200, receipt 97973, balance $2,043.00 voucher 10245, check 86106 | | | | |
| 11/18/91 | --) Rec'd paymt of $100, reciept 98382, balance $1,943.00 voucher 10245, check 86106 | | | | |

Interval (per Section II) | Start Date / End Date | Ltr Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs

Monika Birgit Boehmer (Magnuson) 3 90 00056 01

Yr | Docket No | Def.

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 12/11/91 | —) Rec'd paymt of $200, receipt 98579, balance $ 1,743.00 voucher 10753, check 87434 | | | | |
| 01/15/92 | —) Rec'd paymt $ 200.00 , receipt #106148, balance $1543.00 voucher 10753, check 87434. | | | | |
| 07/08/92 | 30) ORDER & Petition that a warrant be issued and the deft be brought before the court to show cause why supervision should not be revoked. 3pgs | | | | |

Interval (per Section II) | Start Date / End Date | Ltr Code | Total Days